**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.05-cv-01981-REB-BNB

JAMES R. SANCHEZ,

    Plaintiff,

v.

THOMAS C. HELGESON,
THOMAS C. HELGESON, P.C.,
OLD REPUBLIC NATIONAL TITLE INSURANCE GROUP, and,
OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 31, 2006, the parties filed a **Stipulation of Dismissal With Prejudice** [#22]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#22], filed on March 31, 2006, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for April 27, 2007, and the jury trial set to commence May 14, 2007, are **VACATED**.

      Dated March 31, 2006, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**